```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. GUY CHRISTOPHER MANNINO   CASE NO. 4:13-cr-00021-RRB
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE:         RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:        JODY EVANS

UNITED STATES' ATTORNEY:      JOSEPH BOTTINI - TELEPHONIC

DEFENDANT'S ATTORNEY:         M.J. HADEN

U.S.P.O.:                     MARCI LUNDGREN

PROCEEDINGS: ARRAIGNMENT ON SUPERSEDING INFORMATION/
             ENTRY OF PLEA HELD MARCH 21, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:35 a.m. court convened.

_X_ Copy of Superseding Information given to defendant: read.

_X_ Defendant sworn.

_X_ Defendant advised of general rights, charges and penalties.

_X_ Defendant stated true name: same as above    Age: 55

_X_ Waiver of Indictment **FILED**.

_X_ Defendant entered pleas to guilty on counts 1, 2, 3, and 4 of the Superseding Information and **ADMITTED** to Criminal Forfeiture Allegations.

_X_ Court accepted pleas. Referred to P.O. for Presentence Report.

_X_ Court reserved acceptance of the plea agreement.

_X_ Imposition of Sentence set for **JUNE 6, 2014 at 11:00 a.m.**

_X_ OTHER: Defendant's Motion to Supress at docket 24; **MOOT.** Final Pretrial Conference set for 4/3/14 at 9:00 a.m. and Trial by Jury set for 4/7/14 at 8:30 a.m. **VACATED.**

At 10:04 a.m. court adjourned.

DATE: MARCH 21, 2014         DEPUTY CLERK'S INITIALS: JAE
Revised 1-27-14