MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. _GUY CHRISTOPHER MANNINO_ CASE NO._4:13-cr-00021-SLG_
Defendant: _X_Present _X_In Custody

BEFORE THE HONORABLE:_____SHARON L. GLEASON_____

DEPUTY CLERK/RECORDER:_____JODY EVANS_____

OFFICIAL REPORTER:_____NONE PRESENT_____

UNITED STATES ATTORNEY:_____JOSEPH BOTTINI_____

DEFENDANTS ATTORNEY:_____D. SCOTT DATTAN_____

U.S.P.O.:_____MARCI LUNDGREN_____

PROCEEDINGS: IMPOSITION OF SENTENCE HELD FEBRUARY 25, 2015
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:34 a.m. court convened.

Court and counsel heard re guidelines, objections, and witness
testimony.

Opening statements heard.

Greg Allan Cox sworn and testified on behalf of the plaintiff.

At 10:12 a.m. court recessed due to recording issues until 10:25
a.m.

At 10:40 a.m. court recessed due to recording issues until 10:45
a.m.

At 11:04 a.m. court recessed due to recording issues until 11:07
a.m.

At 11:26 a.m. court recessed due to recording issues, reconvened
at 11:41 a.m. in Fairbanks Magistrate courtroom.

Plaintiff's exhibit 1 **IDENTIFIED.**

At 12:02 p.m. court recessed until 12:50 p.m.

Court and counsel heard re defendant's objection to testimony of
uncharged relevant conduct; **DENIED.**

Continued to page 2

----------------------------------------------------------------
Greg Allan Cox resumed the stand and testified further on behalf of the plaintiff.

Larry D. Compton sworn and testified on behalf of the plaintiff.

Plaintiff's exhibit 2 **IDENTIFIED.**

At 2:13 p.m. court recessed until 2:27 p.m.

Court and counsel heard re applicable guidelines.

Michael J. Cavaliere sworn and testified telephonically on behalf of the defendant.

Lawrence F. Reger sworn and testified on behalf of the defendant.

Michael R. Dukes sworn and testified telephonically on behalf of the defendant.

Court and counsel heard re applicable guidelines.

Plaintiff's closing argument heard.

At 3:58 p.m. court recessed until 4:17 p.m.

Court and counsel heard re applicable guidelines, plaintiff's intention to call additional witness, and schedule of parties for continuation of hearing.

At 4:41 p.m. court recessed until 4:47 p.m.

Continued Imposition of Sentence set for **March 11, 2015 at 1:00 p.m.**

At 4:49 p.m. court recessed this matter to reconvene **March 11, 2015 at 1:00 p.m.**

OFF RECORD: Continued IOS reset to **March 11, 2015 at 2:30 p.m.**

List of Exhibits and List of Witnesses to be filed separately.

DATE: _February 25, 2015_____    DEPUTY CLERK'S INITIALS:_ JAE_____

(Revised 1-29-2015)