# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br> v.<br><br>GUY CHRISTOPHER MANNINO,<br><br>      Defendant. | Case No. 4:13-cr-00021-SLG |

### ORDER RE MOTION FOR RESTITUTION

Upon consideration of the Government's Motion for Restitution (Docket 115) and Defendant's Opposition (Docket 117), IT IS ORDERED that the Government shall submit its restitution calculations no later than **April 17, 2015**. The Defendant shall have one week to file a response. Should the Government fail to submit its calculations by that date, then unless otherwise ordered for good cause shown, the request for restitution shall be considered to have been waived.

DATED this 9th day of April, 2015 at Anchorage, Alaska.

                    */s/ Sharon L. Gleason*
                    UNITED STATES DISTRICT JUDGE