KAREN L. LOEFFLER
United States Attorney

JOSEPH W. BOTTINI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: joe.bottini@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  vs.<br><br>GUY CHRISTOPHER MANNINO,<br><br>          Defendant. | Case No. 4:13-cr-00021-RRB<br><br>**NON-OPPOSITION TO MANNINO'S MOTION FOR EXTENSION OF TIME TO RESPOND TO GOVERNMENT'S RESTITUTION CALCULATIONS** |

COMES NOW the United States of America, by and through undersigned counsel, and notices its non-opposition to defendant Mannino's motion for an extension of time (filed at Docket No. 120) to respond to the government's restitution calculations.

RESPECTFULLY SUBMITTED this 15th day of April, 2015, in Anchorage, Alaska.

                                                KAREN L. LOEFFLER
                                                United States Attorney

                                                s/Joseph W. Bottini
                                                JOSEPH W. BOTTINI
                                                Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2015,
a true and correct copy of the foregoing
was served electronically on:

D. Scott Dattan, Esq.

s/Joseph W. Bottini
Office of the U.S. Attorney